MARRIAN S. CHANG CA Bar No. 211561
marrian.chang@ogletreedeakins.com
ASHLEY B. DECKER, CA Bar No. 273262
ashley.decker@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:   213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendants
ANTIOCH UNIVERSITY and
THOMAS MONDRAGON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RISTAU,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANTIOCH UNIVERSITY, a California corporation; THOMAS MONDRAGON, an individual; and DOES 1 THROUGH 100, inclusive,<br><br>                    Defendants. | Case No. 2:14-cv-4741 DDP (SSx)<br><br>**DECLARATION OF MARRIAN S. CHANG IN SUPPORT OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR COURT TO REMAND CASE BACK TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA AND OPPOSITION TO PLAINTIFF'S MOTION TO AWARD PLAINTIFF COSTS AND ATTORNEY'S FEES IN THE AMOUNT OF $3,165.00**<br><br>[Filed concurrently with Defendants' Non-Opposition to Plaintiff's Motion for Court to Remand Case Back to the Superior Court of the State of California and Opposition to Plaintiff's Motion to Award Plaintiff Costs and Attorney's Fees in the Amount of $3,165.00]<br><br>Date:          August 18, 2014<br>Time:          10:00 a.m.<br>Dept.:          Courtroom 3<br>Judge:          Hon. Dean D. Pregerson<br><br>Complaint Filed:  May 13, 2014<br>Date of Removal: June 19, 2014 |

18545270_1.docx

Case No. 2:14-cv-4741 DDP (SSx)

DECLARATION OF MARRIAN S. CHANG ISO DEFENDANTS' NON-OPPOSITION TO MOTION FOR COURT TO REMAND CASE BACK TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA AND OPPOSITION TO PLAINTIFF'S MOTION TO AWARD PLAINTIFF COSTS AND ATTORNEY'S FEES

## **DECLARATION OF MARRIAN S. CHANG**

I, Marrian S. Chang, declare and state as follows:

1.      I am an attorney duly licensed to practice before all of the Courts of the State of California, and the United States District Court, Central District of California, and I am a shareholder with the law firm of Ogletree Deakins Nash Smoak & Stewart P.C., counsel of record for Defendants Antioch University ("Antioch") and Thomas Mondragon ("Mondragon") (collectively, "Defendants") in this action.  I am one of the attorneys responsible for representing Defendants in this action.  I make this declaration in support of Defendant's Non-Opposition to Plaintiff's Motion for Court to Remand Case Back to the Superior Court of the State of California and Opposition to Plaintiff's Motion to Award Plaintiff Costs and Attorney's Fees.  I have personal knowledge of the matters contained herein, and if called, would and could testify competently thereto.

2.      On or about May 13, 2014, Plaintiff Alicia Ristau ("Plaintiff") filed a Civil Complaint ("Complaint") in the Superior Court of the State of California, County of Los Angeles, entitled Alicia Ristau v. Antioch University, a California corporation; Thomas Mondragon and Does 1-100, Inclusive, Case No. BC545523 ("State Court Action").  The Complaint asserted ten claims, including the following three claims solely arising under federal law: (1) violation of the Americans with Disabilities Act (ADA) – Public Accommodations, 42 U.S.C.A. sections 12101 et seq.; (2) violation of the ADA – employment; and (3) violation of the Rehabilitation Act of 1973, 29 U.S.C.A. sections 701 et seq. (collectively, "Federal Question Claims").

3.      On or about June 19, 2014, based on the Federal Question Claims, on behalf of Defendants, our offices removed the action to the instant Court.

///

///

18545270_1.docx

1

Case No. 2:14-cv-4741 DDP (SSx)

DECLARATION OF MARRIAN S. CHANG ISO DEFENDANTS' NON-OPPOSITION TO MOTION FOR COURT TO REMAND CASE BACK TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA AND OPPOSITION TO PLAINTIFF'S MOTION TO AWARD PLAINTIFF COSTS AND ATTORNEY'S FEES

4.      On or about June 26, 2014, our offices filed motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on behalf of Defendants ("Original Rule 12 Motions").

5.      On or about June 23, 2014, Patrick Allen, an attorney in our offices, received a letter from Arthur Sezgin, counsel for Plaintiff, requesting that Defendants stipulate to remanding the case to State Court.  Attached hereto as Exhibit "A" is a true and correct copy of Mr. Sezgin's letter to Mr. Allen, dated June 23, 2014.

6.      On or about June 26, 2014, Mr. Allen responded to Mr. Sezgin's June 23, 2014 letter, informing him that Defendants could not agree to stipulate to remanding the action to State Court as federal question clearly existed on the face of Plaintiff's Complaint.  Attached hereto as Exhibit "B" is a true and correct copy of Mr. Allen's letter to Mr. Sezgin, dated June 26, 2014.

7.      On or about July 2, 2014, Mr. Sezgin contacted Mr. Allen, asking whether Defendants would stipulate to remanding the action back to State Court if Plaintiff dismissed her Federal Question Claims.  As of that date, however, Plaintiff had not yet filed an amended complaint and Defendants therefore could not review the amended complaint to determine whether federal question remained; thus, Mr. Allen informed Mr. Sezgin on or about July 3, 2014, that Defendants could not agree to remand the action back to State Court at that time.  Attached hereto as Exhibit "C" is a true and correct copy of Ms. Sezgin's and Mr. Allen's email correspondences, dated July 2 and 3, 2014, respectively.

8.      On or about July 7, 2014, Plaintiff filed a First Amended Complaint ("FAC").  Contemporaneously that day, Plaintiff also filed and served oppositions to the Original Rule 12 Motions.

9.      On or about July 17, 2014 (four calendar days before Defendants' response to the FAC was due), Plaintiff filed the instant motion.   Because Defendants' response to the FAC was due before any opposition to her Motion for

2                    Case No. 2:14-cv-4741 DDP (SSx)

DECLARATION OF MARRIAN S. CHANG ISO DEFENDANTS' NON-OPPOSITION TO MOTION FOR COURT TO REMAND CASE BACK TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA AND OPPOSITION TO PLAINTIFF'S MOTION TO AWARD PLAINTIFF COSTS AND ATTORNEY'S FEES

Court to Remand Case Back to the Superior Court of California & Award of Costs & Attorney's Fees in the Amount of $3,165.00 was due, on or about July 21, 2014, our offices filed new motions to dismiss on behalf of Defendants pursuant to Rule 12(b)(6), setting them for hearing on August 25, 2014 (after the date of the hearing scheduled for the instant motion)

10.    We then reviewed and researched whether federal question jurisdiction remained given Plaintiff's deliberate omissions of her Federal Question Claims and her prior admissions that her employment with Antioch arose out of federal law establishing and regulating the Federal Work Study Program.  Based on our good faith review of the pleadings and relevant case law, we now, on behalf of Defendants, submit the instant Non-Opposition to Plaintiff's Motion for Court to Remand Case Back to the Superior Court of the State of California and Opposition to Plaintiff's Motion to Award Plaintiff Costs and Attorney's Fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on this 28th day of July, 2014, at Los Angeles, California.

                         /s/ Marrian S. Chang
                            Marrian S. Chang

18545270_1.docx

3    Case No. 2:14-cv-4741 DDP (SSx)