JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RISTAU,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTIOCH UNIVERSITY, a California corporation; THOMAS MONDRAGON, an individual; and DOES 1 THROUGH 100, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-04741-DDP (SSx)<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**<br><br>[Filed concurrently with: Stipulation to Remand Action to the Superior Court of the State of California, County of Los Angeles]<br><br>Complaint Filed: May 13, 2014<br>Date of Removal: June 19, 2014 |

2-14-civ-04741-
Anthioch Univ

Case No. 2:14-cv-04741-DDP (SSx)
[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION
TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1  Pursuant to the Stipulation to Remand Action to the Superior Court of the
2  State of California, County of Los Angeles, entered into by and between Plaintiff
3  Alicia Ristau ("Plaintiff") and Defendants Antioch University and Thomas
4  Mondragon (collectively, "Defendants"), and good cause appearing therefore, the
5  Court hereby orders that this action be remanded to the Superior Court of the State of
6  California, County of Los Angeles, with all parties to bear their own costs and fees
7  associated with the removal and remand of the instant action.

8  All hearings and dates are vacated, including Plaintiff's Motion for Court to
9  Remand Case Back to the Superior Court of California & Award of Costs &
10 Attorney's Fees, and Defendants' Motions to Dismiss.
11 [docket numbers 19, 23 and 24]
12 **IT IS SO ORDERED.**
13
14 Dated: August 01, 2014

*/s/ Dean D. Pregerson*

15   The Honorable Dean D. Pregerson
     United States District Judge

2-14-civ-04741-
Anthioch Univ

Case No. 2:14-cs-04741-DDP (SSx)
[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION
TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES